## BESHARA et al. v. ELY & WALKER D. G. CO.

No. 11927—Opinion Filed Sept. 25, 1923.

### Appeal and Error—Failure to File Brief—Dismissal.

If, after the assignment and submission of a cause with notice to the attorneys for the respective parties to prepare, serve, and file briefs, the plaintiff in error fails to prepare, serve, and file brief, as required by the rules of this court, the cause will be dismissed for want of prosecution.

(Syllabus by Stephenson, C.)

Commissioners' Opinion, Division No. 4.

Error from District Court, Muskogee County; Benjamin B. Wheeler, Judge.

Action by S. Beshara and brother for cancellation of judgment and damages against Ely & Walker Dry Goods Company. Judgment for defendant. Plaintiffs bring error. Dismissed.

C. C. Lydick, for plaintiffs in error.

Wilson, Tomerlin & Threlkeld and Neff & Neff, for defendant in error.

Opinion by STEPHENSON, C. The plaintiffs commenced their action in the district court of Muskogee county for the cancellation of a judgment and for damages against the defendant. In the trial of the cause judgment went for the defendant, and the plaintiffs have brought error to this court. This cause was regularly assigned and submitted with notice to the attorneys for the respective parties to prepare, serve, and file briefs. The plaintiff in error has failed to file and serve brief as required by the rules of this court. Therefore it is recommended that this cause be dismissed for want of prosecution.

By the Court: It is so ordered.